FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUN 1 3 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr128-WHA |
| | ) | [18 USC § 1344; |
| EUGENE PATRICK REDAHAN | ) | 18 USC § 1028A(a)(1) |
| a/k/a Eugene Patrick Redahan II | ) | 18 USC § 1029(a)(5)] |
| a/k/a Gene Patrick Redahan | ) | |
| a/k/a Gene P. Redahan II | ) | |
| a/k/a Michael Scott Ritter | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 1, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a financial institution, namely HSBC Auto Finance, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to HSBC Auto Finance in order to obtain for himself a line of credit exceeding $20,000, which he then used to purchase a 2002 Lexus IS300. All in violation of Title 18, United States Code, Section 1344.

1

## COUNT 2

On or about May 1, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 1 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about May 13, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a financial institution, namely Bank of America Corporation, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Bank of America Corporation in order to obtain for himself a line of credit, which he then used to obtain cash and consumables totaling approximately $8,456.21. All in violation of Title 18, United States Code, Section 1344.

## COUNT 4

On or about May 13, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 3 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5

On or about May 16, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a financial institution, namely Bank of America Corporation, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Bank of America Corporation in order to obtain for himself a line of credit, which he then used to obtain cash and consumables totaling approximately $10,108.00. All in violation of Title 18, United States Code, Section 1344.

## COUNT 6

On or about May 16, 2006, in Coffee County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 5 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 7

On or about July 27, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a financial institution, namely Capital One Auto Finance, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Capital One Auto Finance in order to obtain for himself a line of credit exceeding $35,000, which he then used to purchase a 2003 Hummer H2. All in violation of Title 18, United States Code, Section 1344.

## COUNT 8

On or about July 27, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 7 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 9

On or about July 28, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly and with the intent to defraud, effected transactions with 1 or more access devices issued to another person or persons, to receive payment and other things of value, the aggregate value of which is equal to or greater than $1,000. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Dell Financial Services in order to obtain for himself a line of credit, which he then used to obtain computer equipment totaling approximately $1,404.83. All in violation of Title 18, United States Code, Section 1029(a)(5).

## FORFEITURE ALLEGATION – 1

A. Counts 1 through 9 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 1344, as alleged in Counts 1, 3, 5, and 7 of this indictment, the defendant,

>EUGENE PATRICK REDAHAN
>a/k/a EUGENE PATRICK REDAHAN II
>a/k/a GENE PATRICK REDAHAN
>a/k/a GENE P. REDHAN II
>a/k/a MICHAEL SCOTT RITTER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), the following property:

All, right, title, and interest in any and all Property constituting, or derived from, proceeds obtained directly or indirectly, as the result of any violation of Title 18, United States Code, Section 1344, and all property traceable to such property.

C. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, if, by any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in violation of Title 18, United States Code, Section 1344.

## FORFEITURE ALLEGATION - 2

A.  Counts 1 through 9 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Sections 1028A and 1029(a)(5) as alleged in Counts 2, 4, 6, 8 and 9 of this indictment, the defendant,

EUGENE PATRICK REDAHAN
a/k/a EUGENE PATRICK REDAHAN II
a/k/a GENE PATRICK REDAHAN
a/k/a GENE P. REDHAN II
a/k/a MICHAEL SCOTT RITTER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), the following property:

All, right, title, and interest in any and all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of any violation of Title 18, United States Code, Sections 1028A and 1029(a)(5), and all property traceable to such property.

C.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, if, by any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and 1029(a)(5).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
NATHAN D. STUMP
Assistant United States Attorney

8