IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2007 AUG 16 AM 9:46
_Malinda Witt_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 07-MJ-08-06 (CWH) |
| EUGENE PATRICK REDAHAN, | REMOVAL PROCEEDINGS |
| Defendant | FROM THE MIDDLE DISTRICT OF ALABAMA |
| | No. 1:07cr128-WHA |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

The above-named defendant is charged in an INDICTMENT with violation of 18 U.S.C. §1344, §1028A(a)(1) and §1029(a)(5), alleged to have been committed in the MIDDLE DISTRICT OF ALABAMA.

BRIEF DESCRIPTION OF CHARGE:

Bank Fraud (4 cts.), Aggravated Identity Theft (4 cts.), Fraud i/c/w Access Devices (1 ct.), and Forfeiture,

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

☒ The court further finds that TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically RESERVING his right to a DETENTION HEARING in the district of prosecution; or,

☐ The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution; a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN (if any), the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 15th day of AUGUST, 2007.



_Claude W. Hicks, Jr._
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>EUGENE PATRICK REDAHAN,<br><br>Defendant | NO. 5: 07-MJ-08-06 (CWH)<br><br>REMOVAL PROCEEDINGS<br>NO. 1:07cr128-WHA — M.D. Alabama<br><br>WAIVER OF REMOVAL HEARINGS |

I, EUGENE PATRICK REDAHAN, understand that in the MIDDLE DISTRICT OF ALABAMA a true of bill of indictment has been returned charging me with violating provisions of federal criminal law, to-wit: Bank Fraud (4 cts.), Aggravated Identity Theft (4 cts.), Fraud i/c/w Access Devices (1 ct.), and Forfeiture, 18 U.S.C. §1344, §1028A(a)(1), and §1029(a)(5), and that I have been arrested in the MIDDLE DISTRICT OF GEORGIA and taken before Claude W. Hicks, Jr., Chief United States Magistrate Judge, who informed me of the charges against me in the district of prosecution and of my right to:

(1) retain counsel or request the appointment of counsel under the Criminal Justice Act if I am unable to retain counsel; (2) not make any statement and that any statement made may be used against me; (3) require the production of the warrant or certified copy of the warrant, a facsimile of either, or other appropriate form of either; and, (4) require an IDENTITY HEARING to determine if I am the person named in the indictment.

UNDERSTANDING THE FOREGOING, I HEREBY ACKNOWLEDGE RECEIVING A COPY OF THE INDICTMENT RETURNED AGAINST ME AND OF THE WARRANT ISSUED THEREON AND WAIVE (GIVE UP) MY RIGHT TO:

☑ an identity hearing, agreeing that I am the person charged in said indictment in the district of prosecution, and have been informed that I have no right to a preliminary examination

☑ a bond/detention hearing but reserve my right to such a hearing in the district of prosecution

and, therefore, CONSENT to the issuance of an order requiring my appearance in the district of prosecution where said charge(s) is/are pending against me.

_____August 15, 2007_____
Date

_____
Defendant

_____WAIVED_____
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED at 4:30 P M
DATE 8-15-07

UNITED STATES OF AMERICA,

VS.

EUGENE REDAHAN

CASE NO. 5:07-MJ-08-06(CWH)

PROCEEDINGS UNDER RULE 5
FEDERAL RULES OF CRIMINAL PROCEDURE

Defendant

## WAIVER OF ATTORNEY

The United States Magistrate Judge has fully explained to me the following:

1. The nature of the charges against me;

2. The nature and purpose of the REMOVAL proceedings before him;

3. My right to be represented by an attorney before him and throughout this case. The Magistrate Judge has also explained to me my right to have a lawyer appointed to represent me at no expense to me if I cannot afford to pay a lawyer myself.

I understand that even if I give up my right to be represented by an attorney at my REMOVAL HEARING before the Magistrate Judge, I am not giving up my right to be represented by an attorney in this case in the future.

I understand all of these things the Magistrate Judge has told me, and I hereby freely and voluntarily WAIVE my right to legal representation in the above-styled matter.

This 15th day of Aug, 20 07.

_____
DEFENDANT

Accepted:

_____
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



# MINUTE SHEET
## OF COURT PROCEEDINGS

Date: August 15, 2007                            Type of Hearing: Initial appear-Rule 5 removal

Judge: CLAUDE W. HICKS JR.                       Court Reporter/Tape #:: electronic recording

Courtroom Deputy: Malinda Witt                   Interpreter: N/A

### Case Number: 5:07-MJ-0806-001 (CWH)

UNITED STATES OF AMERICA                         AUSA: Verda Colvin

vs.

Eugene Redahan                                   Counsel: Waived

Agents/Experts in attendance:

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

---

**I.  INITIAL APPEARANCE/ARRAIGNMENT**                    **Court Time for MJSTAR:**

☐ Dft attorney not present                                ☐ Notice of Estimated Sentencing Guidelines given to counsel or to be e-filed.

☐ Dft advised of charges, rights, and maximum possible penalties.     ☐ Notice of court policy re: retained attorneys given to counsel or to be e-filed.

☐ Dft waived formal reading of charges; pled NOT GUILTY in writing   ☐ Standard Pre-trial Order given to counsel or to be e-filed

☐ Dft refused to enter plea; NOT GUILTY plea entered by the Court.    ☐ Other:

☐ Initial Appearance Only
☐ Arraignment Only
☐ Both Initial Appearance and Arraignment

---

**II.  BOND/DETENTION**                                   **Court Time for MJSTAR:**

☐ Government Motion for Detention:       ☐ Conditions of Release:        ☐ Detention Hearing:
  ☐ Granted  ☐ Denied                    ☐ Standard Conditions            ☐ Continued to:
  ☐ Order to Follow                      ☐ Bond Supervision                 upon motion of ☐ Govt ☐ Deft
                                         ☐ House Arrest                   ☐ Temporary detention Ordered
☐ Bond set at $                          ☐ Surrender Passport               pending hearing
  Type: ☐ Own Recognizance               ☐ No Firearms                    ☐ Detention Ordered pending trial
        ☐ Unsecured                      ☐ Drug Alcohol Testing
        ☐ Fully Secured                  ☐ Electronic Monitoring
        ☐ Secured by   %                 ☐ Travel Restricted to:

☐ Other:



## MINUTE SHEET OF COURT PROCEEDINGS (Cont'd)

Case Number: 5:07-MJ-0806-001 (CWH)

---

### III. RULE 5 (40, 32.1) REMOVAL HEARING

*Court Time for MJSTAR: 10*

- ☑ Initial Appearance hearing held (see I. above)
- ☑ Dft WAIVED removal hearing:
  - ☐ Identity hearing (see II. above)
  - ☑ WAIVER filed
- Identity: ☑ Established  ☐ NOT established
- **Preliminary Hearing:**
  - ☐ Requested in this district
    - ☐ Held in this district (see below)
  - ☐ Requested in charging district
  - ☑ Hearing NOT required
- ☑ Dft advised of Rule 20 (FRCrP) provisions
- ☐ Bond/Detention Hearing held
- ☑ Dft ordered removed to: MD of Alabama
- ☐ Subject to satisfying conditions of release

☑ Other: Reserve right to bond hearing in district of prosecution

---

### IV. PRELIMINARY EXAMINATION

*Court Time for MJSTAR:*

- ☐ Hearing set for:
- ☐ Hearing WAIVED by dft - Waiver filed
- ☐ Other:
- ☐ Hearing held: ~~August 16, 2007~~
- ☐ Probable cause found
- ☐ Probable cause NOT found

---

### V. PLEA

*Court Time for MJSTAR:*

- ☐ Entered at time of Initial Appearance on
- ☐ GUILTY Plea Entered by dft: Right to trial and right to 30 days to prepare for trial WAIVED in writing
  - ☐ Plea accepted by Court
  - ☐ Dft to furnish background info to USPO
  - ☐ Dft to pay MAF of $
  - ☐ Plea NOT accepted by Court
- ☐ NOT GUILTY plea entered by dft in writing
  - ☐ Jury trial demanded
  - ☐ Jury trial WAIVED
  - ☐ Right to 30 days to prepare for trial
    - ☐ WAIVED  ☐ Demanded
- ☐ Plea of NOT GUILTY changed to guilty on:
- ☐ Other:

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

Eugene Patrick Redahan a/k/a Eugene Patrick Redahan,
II a/k/a Gene Patrick Redahan a/k/a Gene P. Redahan,
II a/k/a Michael Scott Ritter
1116 Alpine Lane, Dothan, AL 36301

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 1:07cr128-WHA

YOU ARE HEREBY COMMANDED to arrest _____ Eugene Patrick Redahan _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Bank Fraud (4 counts)
Aggravated Identity Theft (4 counts)
Fraud in Connection with Access Devices (1 count)
Forfeiture Allegation

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1344; 1028A(a)(1); 1029(a)(5) _____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer: Joyce Taylor

June 14, 2007 - Montgomery, AL.
Date and Location

COPY
RETURN
ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE PURPOSES ONLY.

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | |
| --- | --- | --- |
| DATE OF ARREST | | SIGNATURE OF ARRESTING OFFICER |