IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR CASE NO.: 1:07cr128-WHA |
| | ) | |
| EUGENE PATRICK REDAHAN | ) | |

**ORDER ON MOTION**

Upon consideration of the government's motion for detention hearing (Doc. #7), filed on August 31, 2007, it is

ORDERED that the motion is **GRANTED** and that a detention hearing is set for September 10, 2007 at 3:00 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 4th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE