# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 1:07cr128-WHA |
| ) | |
| EUGENE PATRICK REDAHAN ) | |

### MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS

NOW COMES the Defendant, Eugene Patrick Redahan, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to extend the time to September 24, 2007 for filing pretrial motions in this matter. In support of this motion Defendant would show the following:

1. Mr. Redahan is charged with committing multiple acts of fraud involving multiple financial institutions.

2. Undersigned counsel was appointed to represent Mr. Redahan on September 7, 2007 (less than one week ago).

3. On September 12, 2007, the motions deadline, undersigned counsel received over 500 pages of discovery. This discovery can not be reviewed and any necessary pleadings can not be filed before the presently set pleadings deadline.

4. It is in the interest of justice to allow undersigned counsel until September 24, 2007 to review the discovery and file any necessary pretrial motions.

WHEREFORE, defendant requests that this Motion be granted and the defense be given until September 24, 2007 to file pretrial motions.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER

First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO.: 1:07cr128-WHA** |
| ) | |
| **EUGENE PATRICK REDAHAN** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138