**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 1:07cr128-WHA** |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Eugene Redahan, by and through his undersigned counsel, Kevin L. Butler, pursuant to 18 U.S.C. §§ 3161(h)(8)(b)(i); 3161(h)(8)(b)(ii) and 3161(h)(8)(b)(iv), and moves this Court to continue his case past the presently scheduled date of October 2, 2007. As grounds for granting this Motion, Defendant would show the following:

1.    Mr. Redahan is charged with committing multiple acts of fraud involving multiple financial institutions.

2.    Undersigned counsel was appointed to represent Mr. Redahan on September 7, 2007 (less than one week ago).

3.    On September 12, 2007, undersigned counsel received over 500 pages of discovery. Based upon the nature of the charges and the corresponding volume of information provided, discovery review, case investigation, potential pleading preparation, plea negotiations and trial preparation can not be completed on or before the presently scheduled trial date.

4.    Subsequently, it is in the interest of justice to continue trial to allow the defendant adequate time for pretrial preparation.

5.    The Government, through Assistant United States Attorney, Nathan Stump, has no opposition to the granting of this Motion.

6.      While requests for a continuance are addressed to the sound discretion of the trial court, <u>United States v. Darby</u>, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985),  in this case, the ends of justice will be served by allowing the defense adequate time for pretrial investigation and preparation in order to adequately prepare a defense to the charges contained in the Indictment.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 1:07cr128-WHA** |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

                    Respectfully submitted,


                    s/ Kevin L. Butler
                    KEVIN L. BUTLER
                    First Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: kevin_butler@fd.org
                    AZ Bar Code: 014138