IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )        CR CASE NO.: 1:07cr128-WHA
                                  )
EUGENE PATRICK REDAHAN            )

**ORDER ON MOTION**

On September 12, 2007, Defendant filed a Motion to Extend Deadline to File
Pretrial Motions (Doc #15) and on September 13, 2007, Defendant filed an
Unopposed Motion to Continue Trial (Doc. #16). Upon consideration of the motions,
the date on which counsel was appointed, the voluminous discovery, and in the
interests of justice, for good cause, it is

ORDERED that the Motion to Extend Deadline to File Pretrial Motions is
GRANTED. The deadline for filing pretrial motions is extended to September 24,
2007.

IT IS FURTHER ORDERED that the trial Motion to Continue Trial is
GRANTED and the trial is moved to November 5, 2007, at 10:00 a.m.

DONE this the 13th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE