IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:07cr128-WHA |
| | ) | |
| EUGENE PATRICK REDAHAN | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Eugene Redahan, by and through his undersigned counsel, Kevin L. Butler, pursuant to 18 U.S.C. §§ 3161(h)(8)(b)(i); 3161(h)(8)(b)(ii) and 3161(h)(8)(b)(iv), and moves this Court to continue his case past the presently scheduled date of November 5, 2007, to the next trial term of the assigned Judge.

As grounds for granting this Motion, Defendant would show the following:

1. Mr. Redahan is charged with committing multiple acts of fraud involving multiple financial institutions.

2. Based upon the nature of the charges and the corresponding volume of information provided, discovery review, case investigation, potential pleading preparation, plea negotiations and trial preparation can not be completed on or before the presently scheduled trial date; in particular, investigation must cover matters in other, western states.

3. Further, undersigned counsel is expecting his first child during the week of October 21, 2007. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

4. Government counsel does not oppose this Motion.

5. Subsequently, it is in the interest of justice to continue trial to allow the defendant adequate time for pretrial preparation.

5.       While requests for a continuance are addressed to the sound discretion of the trial court, <u>United States v. Darby</u>, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985),  in this case, the ends of justice will be served by allowing the defense adequate time for pretrial investigation and preparation in order to adequately prepare a defense to the charges contained in the Indictment.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 1:07cr128-WHA** |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

                          Respectfully submitted,


                          s/ Kevin L. Butler
                          KEVIN L. BUTLER
                          First Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail: kevin_butler@fd.org
                          AZ Bar Code: 014138