IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr128-WHA |
| EUGENE PATRICK REDAHAN ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #21), filed on October 17, 2007. The Government does not oppose the motion.

The court finds, for the reason that this case involves charges of multiple acts of fraud involving multiple financial institutions in other western states, and defense counsel will be on two weeks paternity leave following the birth of a child and is in need of substantial additional time to adequately prepare the defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the November 5, 2007 term of court and RESET for the term of court commencing January 14, 2008.

The Magistrate Judge is requested to schedule another pretrial conference for an appropriate date consistent with the new trial date.

DONE this 22nd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE