IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cr128-WHA |
| | ) | |
| EUGENE PATRICK REDAHAN | ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case for January 14, 2008, and for good cause, it is

ORDERED that counsel for the parties shall appear for a final pretrial conference on December 20, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 23rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE