**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEC 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr128-WHA |
| | ) | [18 USC § 1028(a)(7); |
| EUGENE PATRICK REDAHAN | ) | 18 USC § 1028A(a)(1); |
| a/k/a Eugene Patrick Redahan II | ) | 18 USC § 1344; |
| a/k/a Gene Patrick Redahan | ) | 42 USC § 408(a)(7)(B)] |
| a/k/a Gene P. Redahan II | ) | |
| a/k/a Michael Scott Ritter | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 1, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly and with the intent to deceive falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him. Specifically, the defendant knowingly provided the social security number of another person to HSBC Auto Finance in order to obtain for himself a line of credit exceeding $20,000, which he then used to purchase a 2002 Lexus IS300. All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2

On or about May 1, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 1 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about May 13, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a federally insured financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a federally insured financial institution, namely Bank of America Corporation, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Bank of America Corporation in order to obtain for himself a line of credit, which he then used to obtain cash and consumables totaling approximately $8,456.21. All in violation of Title 18, United States Code, Section 1344.

## COUNT 4

On or about May 13, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 3 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5

On or about May 16, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a federally insured financial institution and to obtain moneys, funds, credits, assets, securities and other property owned by and under the control of a federally insured financial institution, namely Bank of America Corporation, by means of false and fraudulent pretenses and representations. Specifically, the defendant knowingly provided a false name, a false date of birth, and a false social security number to Bank of America Corporation in order to obtain for himself a line of credit, which he then used to obtain cash and consumables totaling approximately $10,108.00. All in violation of Title 18, United States Code, Section 1344.

## COUNT 6

On or about May 16, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 5 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 7

On or about July 27, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly and with the intent to deceive falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him. Specifically, the defendant knowingly provided the social security number of another person to Capital One Auto Finance in order to obtain for himself a line of credit exceeding $35,000, which he then used to purchase a 2003 Hummer H2. All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 8

On or about July 27, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 7 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 9

On or about July 28, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly and with the intent to deceive falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him. Specifically, the defendant knowingly provided the social security number of another person to Dell Financial Services in order to obtain for himself a line of credit, which he then used to obtain computer equipment totaling approximately $1,404.83. All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 10

On or about July 28, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 9 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 11

From on or about September 21, 2006, and continuing to on or about September 29, 2006, in Houston County, within the Middle District of Alabama,

EUGENE PATRICK REDAHAN,
a/k/a Eugene Patrick Redahan II
a/k/a Gene Patrick Redahan
a/k/a Gene P. Redahan II
a/k/a Michael Scott Ritter

defendant herein, knowingly used, in and affecting interstate commerce and without lawful authority, the means of identification of another person in connection with unlawful activity that constitutes a felony under applicable State law. Specifically, the defendant used the name of another person in connection with the theft of approximately $1,269.22, which the defendant received as payment from an eBay purchaser located in New Jersey, in consideration for a Pioneer Navigation System that the defendant advertised but never delivered. Under Alabama Code Section 13A-8-4, the theft is considered second-degree theft, which constitutes a Class C

felony under the laws of the State of Alabama. All in violation of Title 18, United States Code, Section 1028(a)(7).

## FORFEITURE ALLEGATION – 1

A.   Counts 1 through 11 of this indictment are incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 1344, as alleged in Counts 3 and 5 of this indictment, the defendant,

> EUGENE PATRICK REDAHAN,
> a/k/a Eugene Patrick Redahan II
> a/k/a Gene Patrick Redahan
> a/k/a Gene P. Redahan II
> a/k/a Michael Scott Ritter

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), the following property:

All, right, title, and interest in any and all Property constituting, or derived from, proceeds obtained directly or indirectly, as the result of any violation of Title 18, United States Code, Section 1344, and all property traceable to such property.

C.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, if, by any act or omission of the defendant, such property cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in violation of Title 18, United States Code, Section 1344.

## FORFEITURE ALLEGATION - 2

A.  Counts 1 through 11 of this indictment are incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Sections 1028(a)(7) and 1028A(a)(1), as alleged in Counts 2, 4, 6, 8, 10, and 11 of this indictment, the defendant,

> EUGENE PATRICK REDAHAN,
> a/k/a Eugene Patrick Redahan II
> a/k/a Gene Patrick Redahan
> a/k/a Gene P. Redahan II
> a/k/a Michael Scott Ritter

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), the following property:

> All, right, title, and interest in any and all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of any violation of Title 18, United States Code, Sections 1028(a)(7), 1028A(a)(1) and 1029(a)(5), and all property traceable to such property.

C.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, if, by any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028A(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Nathan D. Stump
Assistant United States Attorney

9