IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  1:07cr128-WHA |
| | ) |
| EUGENE PATRICK REDAHAN | ) |
| a/k/a Eugene Patrick Redahan, II | ) |
| a/k/a Gene Patrick Redahan | ) |
| a/k/a Gene P. Redahan, II | ) |
| a/k/a Michael Scott Ritter | ) |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for December 19, 2007 at 10:30 a.m. in the above-styled cause.

You are DIRECTED to produce the following named prisoner: EUGENE PATRICK REDAHAN before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 19th day of December, 2007 at 10:30 o'clock A.M.

DONE this 6th day of December, 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

BY: *[signature]*
Deputy Clerk