IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO.  1:07cr128-WHA-WC
                                  )
EUGENE PATRICK REDAHAN            )
a/k/a Eugene Patrick Redahan II   )
a/k/a Gene Patrick Redahan        )
a/k/a Gene P. Redahan II          )
a/k/a Michael Scott Ritter        )
                                  )

## MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to dismiss the original Indictment that was previously filed in this case on the grounds that a Superseding Indictment was filed on December 6, 2007.

Respectfully submitted this the 12th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )       CR. NO.  1:07cr128-WHA-WC
                                    )
EUGENE PATRICK REDAHAN              )
a/k/a Eugene Patrick Redahan II     )
a/k/a Gene Patrick Redahan          )
a/k/a Gene P. Redahan II            )
a/k/a Michael Scott Ritter          )
                                    )

**<u>CERTIFICATE OF SERVICE</u>**

I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 12th

day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which served a copy of the foregoing upon Kevin L. Butler, Esq., counsel for

the defendant.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov

2