IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:1:07cr128-WHA |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

**ORDER**

A superseding indictment was filed in this case on December 5, 2007. The defendant will be arraigned on the pending charges on December 19, 2007.

For good cause, it is ORDERED that the pretrial conference currently scheduled for December 20, 2007 in cancelled.

DONE this 14th   day of December, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE