### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:07cr128-WHA |
| | ) | |
| EUGENE PATRICK REDAHAN | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Eugene Redahan, by and through his undersigned counsel, Kevin L. Butler, pursuant to 18 U.S.C. §§ 3161(h)(8)(b)(i); 3161(h)(8)(b)(ii) and 3161(h)(8)(b)(iv), and moves this Court to continue his case past the presently scheduled date of January 14, 2007. As grounds for granting this Motion, Defendant would show the following:

1. On June 13, 2007, Mr. Redahan was charged with committing multiple acts of fraud involving multiple financial institutions.

2. On December 5, 2007, a superseding indictment was filed charging Mr. Redahan with additionally fraudulent conduct.

3. Undersigned counsel needs additional time to investigate the new charges as well as investigate the over 500 pages of discovery that was provided earlier.

4. Based upon the nature of the charges and the corresponding volume of information provided in discovery, case investigation, plea negotiations and trial preparation can not be completed on or before the presently scheduled trial date.

5. Subsequently, it is in the interest of justice to continue trial to allow the defendant adequate time for pretrial preparation.

6. Undersigned counsel has conferred with Mr. Redahan and he does not oppose the continuance.

7. The Government, through Assistant United States Attorney, Nathan Stump, has no opposition to a continuance.

8. While requests for a continuance are addressed to the sound discretion of the trial court, <u>United States v. Darby</u>, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), in this case, the ends of justice will be served by allowing the defense adequate time for pretrial investigation and preparation in order to adequately prepare a defense to the charges contained in the Indictment.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 1:07cr128-WHA** |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

                                               Respectfully submitted,

                                               s/ Kevin L. Butler
                                               KEVIN L. BUTLER
                                               First Assistant Federal Defender
                                               201 Monroe Street, Suite 407
                                               Montgomery, Alabama 36104
                                               Phone: (334) 834-2099
                                               Fax: (334) 834-0353
                                               E-mail: kevin_butler@fd.org
                                               AZ Bar Code: 014138