IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr128-WHA |
| EUGENE PATRICK REDAHAN ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #30), filed by the Defendant on December 14, 2007. The Government does not oppose this motion.

For the reason that a superseding indictment charging additional fraudulent conduct was filed against the Defendant on December 5, 2007, and defense counsel is in need of additional time to investigate the new charges and numerous documents received in discovery, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from January 14, 2008, and RESET for trial during the term of court commencing February 11, 2008, in the federal courthouse in Dothan, Alabama.

DONE this 17th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE