### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO.: 1:07cr128-WHA** |
| ) | |
| **EUGENE PATRICK REDAHAN** ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **EUGENE PATRICK REDAHAN,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 8th day of January 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO.: 1:07cr128-WHA** |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

                                    Respectfully submitted,


                                    s/ Kevin L. Butler
                                    KEVIN L. BUTLER
                                    First Assistant Federal Defender
                                    201 Monroe Street, Suite 407
                                    Montgomery, Alabama 36104
                                    Phone: (334) 834-2099
                                    Fax: (334) 834-0353
                                    E-mail: kevin_butler@fd.org
                                    AZ Bar Code: 014138