IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:07-cr-128-WHA |
| | ) | |
| EUGENE PATRICK REDAHAN | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of Defendant, **EUGENE PATRICK REDAHAN,** in the above-styled case.

Dated this 15th day of January, 2008.

             Respectfully submitted,

             s/ Michael J. Petersen
             MICHAEL J. PETERSEN
             Assistant Federal Defender
             201 Monroe Street, Suite 407
             Montgomery, Alabama 36104
             Phone: (334) 834-2099
             Fax: (334) 834-0353
             E-mail: michael_petersen@fd.org
             ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:07-cr-128-WHA |
| | ) | |
| **EUGENE PATRICK REDAHAN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Stump, AUSA

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M