```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**   )
                               )
    **v.**           )   CASE NO. 1:07cr128-WHA
                               )
**EUGENE PATRICK REDAHAN**     )

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the superseding indictment returned December 15, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 15th day of April, 2008.

                        LEURA G. CANARY
                        UNITED STATES ATTORNEY


                        **/s/Tommie Brown Hardwick**
                        TOMMIE BROWN HARDWICK
                        Assistant United States Attorney
                        Bar Number: ASB4152 W86T
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        Phone: (334) 223-7280
                        Fax: (334) 223-7135
                        E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
    **v.** )  CASE NO. 1:07cr128-WHA
)
**EUGENE PATRICK REDAHAN** )

### O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

    DONE this \_\_\_\_ day of April, 2008.

 

_____
UNITED STATES DISTRICT JUDGE